1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| STEPHEN WATKINS, | ) | Case No.  CV-12-00370-LJO-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | JOINT STIPULATION TO DISMISS |
| | ) | THE COMPLAINT WITH PREJUDICE |
| TRANSWORLD SYSTEMS,  INC. and | ) | |
| DOES 1-10 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

        Based on the Joint Stipulation to Dismiss Entire the Complaint With Prejudice

filed in this action, the above-captioned action is hereby dismissed in its entirety with

prejudice.  The parties will bear their own attorneys fees and costs.

IT IS SO ORDERED.

    Dated:   **May 7, 2012**              ___**/s/ Lawrence J. O'Neill**___
                                            UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Joint Stipulation to Dismiss the Complaint with Prejudice