UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEPHEN WATKINS,<br><br>         Plaintiff,<br><br>    vs.<br><br>TRANSWORLD SYSTEMS, INC. and DOES 1-10 inclusive,<br><br>         Defendants. | Case No. CV-12-00370-LJO-DLB<br><br>ORDER GRANTING<br>JOINT STIPULATION TO DISMISS<br>THE COMPLAINT WITH PREJUDICE |

   Based on the Joint Stipulation to Dismiss Entire the Complaint With Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

IT IS SO ORDERED.

   Dated:   **May 7, 2012**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Stipulation to Dismiss the Complaint with Prejudice

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Joint Stipulation to Dismiss the Complaint with Prejudice